JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEKHTYAR, et al.,<br>Plaintiffs,<br>v.<br>FAIR COLLECTIONS & OUTSOURCING, INC., et al.,<br>Defendants. | CV 26-4886 PA (RAOx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's September 21, 2026 Order dismissing without leave to amend the federal claims asserted by plaintiffs Michael Dekhtyar and Victoria Dekhtyar ("Plaintiffs") against defendants Beverly Hills Properties, LLC ("BHP"), Fair Collections & Outsourcing, Inc. ("FCO"), Experian Information Solutions, Inc., and Trans Union LLC (jointly "CRA Defendants") (collectively "Defendants"), dismissing the claims against defendant Equifax Information Services LLC ("Equifax") without prejudice, and declining to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs' Federal Credit Reporting Act claims against the CRA Defendants are dismissed with prejudice, and judgment is entered in favor of the CRA Defendants;

2. Plaintiffs' Federal Credit Reporting Act claims against Equifax are dismissed without prejudice;

3. The Court enters judgment on the pleadings in favor of FCO as to Plaintiffs' Federal Credit Reporting Act and Fair Debt Collection Practices Act claims;

4. The Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims asserted against BHP and FCO, and those claim are dismissed without prejudice. See 28 U.S.C. § 1367(c)(3); and

5. Plaintiffs shall take nothing on their federal claims, and Defendants shall recover their costs of suit.

IT IS SO ORDERED.

DATED: September 21, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE